The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHARON MORRIS and LARS F. BRAUER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MILLIMAN, INC., d/b/a INTELLISCRIPT,<br><br>Defendant. | NO. 2:23-cv-00446-JCC<br><br>ORDER GRANTING STIPULATED MOTION EXTENDING CASE MANAGEMENT SCHEDULE DEADLINES |

Having considered the parties' Stipulated Motion Extending Case Management Schedule Deadlines and for shown good cause for their request, the Court hereby GRANTS the parties' stipulated motion and sets the following new case management schedule deadlines:

| Event | Former Deadline | New Deadline |
|---|---|---|
| Deadline for fact discovery | January 12, 2024 | April 11, 2024 |
| Plaintiff's expert report(s) served on defendant | February 9, 2024 | May 9, 2024 |
| Defendant's expert report(s) served on plaintiff | March 8, 2024 | June 6, 2024 |
| Plaintiff's rebuttal report(s) served on defendant | April 5, 2024 | July 5, 2024 |
| Plaintiff's motion for class certification | April 26, 2024 | July 25, 2024 |
| Defendant's response to motion for class certification | May 24, 2024 | August 22, 2024 |
| Plaintiff's reply in support of class certification | June 7, 2024 | September 5, 2024 |

ORDER GRANTING STIPULATED MOTION EXTENDING CASE
MANAGEMENT SCHEDULE DEADLINES - 1
( 2:21-CV-01020-DGE)
7824586.1

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

DATED this 21st day of November 2023.

*[signature: John C. Coughenour]*

The Honorable John C. Coughenour
United States District Judge

ORDER GRANTING STIPULATED MOTION EXTENDING CASE MANAGEMENT SCHEDULE DEADLINES - 2
( 2:21-CV-01020-DGE)
7824586.1

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600