THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHARON MORRIS and LARS F. BRAUER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MILLIMAN, INC., d/b/a INTELLISCRIPT,<br><br>Defendant. | Case No. 2:23-cv-00446-JCC<br><br>**STIPULATED MOTION TO STAY CASE DEADLINES PENDING RESOLUTION OF PLAINTIFF'S MOTION FOR RECONSIDERATION AND CLARIFICATION OF COURT'S ORDER GRANTING IN PART DEFENDANT'S MOTION FOR SUMMARY JUDGMENT/DECERTIFICATION**<br><br><u>**NOTED FOR CONSIDERATION**</u>:<br>MARCH 5, 2024 |

### I. STIPULATION

Plaintiffs Sharon Morris and Lars Brauer and Defendant Milliman, Inc. jointly submit this stipulated motion respectfully requesting that the Court vacate the current case management schedule and stay all deadlines until Plaintiff's forthcoming motion for reconsideration and clarification in the case entitled *Healy v. Milliman*, 2:30-cv-01473-JCC (W.D. Wash.) ("Healy matter") is resolved. In support of their motion, the parties state as follows:

1.  Plaintiffs filed this proposed class action lawsuit on March 23, 2023. Dkt. No. 1.

2.  Although Plaintiffs' claims cover a different time period, the allegations in Plaintiffs' complaint are similar to those alleged in the *Healy* matter.

3.  On November 21, 2023, the parties jointly requested that the Court extend the case management deadlines for 90 days. Dkt. No. 23. In support of their motion, the parties

STIPULATED MOTION TO STAY CASE DEADLINES - 1
Case No. 2:23-cv-00446-JCC

Terrell Marshall Law Group PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

noted that the outcome of several motions pending in the *Healy* matter potentially could impact the scope of discovery in this case. *See* Dkt. No. 23 at 2:8-14. Those motions included Plaintiff's Motion to Modify Class Definition (Dkt. No. 166) and Defendant's Motion for Partial Summary Judgment and/or to Decertify Inaccuracy Class (Dkt. No. 167).

4. On February 22, 2024, the Court entered an order denying Plaintiff's motion to modify as moot, granting in part and denying in part Defendant's motion for partial summary judgment and to decertify. *See* Dkt. No. 216.

5. Plaintiff intends to move for reconsideration and clarification of the Court's February 22, 2024 order on or March 7, 2024, which is the deadline to file a motion for reconsideration under Local Civil Rule 7(h).

6. On March 1, the parties met and conferred and agreed to jointly ask the Court to stay the case management deadlines until the issues raised in Plaintiff's forthcoming motion for reconsideration and clarification are resolved.

7. As a result, and in the interest of judicial economy and reducing litigation costs, the parties agree there is good cause to vacate the current case management deadlines and stay the case pending resolution of the issues raised in Plaintiff's forthcoming motion for reconsideration and clarification.

STIPULATED TO AND DATED this 27th day of March, 2024.

| TERRELL MARSHALL LAW GROUP PLLC | WILLIAMS, KASTNER & GIBBS PLLC |
|---|---|
| By: */s/ Jennifer Rust Murray* <br> Jennifer Rust Murray, WSBA #36983 <br> Email: jmurray@terrellmarshall.com <br> Beth E. Terrell, WSBA #26759 <br> Email: bterrell@terrellmarshall.com <br> Adrienne D. McEntee, WSBA # 34061 <br> Email: amcentee@terrellmarshall.com <br> 936 North 34th Street, Suite 300 <br> Seattle, Washington 98103-8869 <br> Telephone: (206) 816-6603 <br> Facsimile: (206) 319-5450 | By: */s/ Jeffery M. Wells* <br> Jeffery M. Wells, WSBA #45840 <br> Email: jwells@williamskastner.com <br> Daniel Brown, WSBA #22028 <br> Email: dbrown@williamskastner.com <br> 601 Union Street, Suite 4100 <br> Seattle, Washington 98101-2380 <br> Telephone: (206) 628-6600 <br> Facsimile: (206) 628-6611 <br><br> *Attorneys for Defendant* |

STIPULATED MOTION TO STAY CASE DEADLINES - 2
Case No. 2:23-cv-00446-JCC

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

FRANCIS MAILMAN SOUMILAS, P.C.

James A. Francis, *Admitted Pro Hac Vice*
Email: jfrancis@consumerlawfirm.com
John Soumilas, *Admitted Pro Hac Vice*
Email: jsoumilas@consumerlawfirm.com
Lauren KW Brennan, *Admitted Pro Hac Vice*
Email: lbrennan@consumerlawfirm.com
Travis Martindale-Jarvis, *Admitted Pro Hac Vice*
Email: tmartindale@consumerlawfirm.com
1600 Market Street, Suite 2510
Philadelphia, Pennsylvania 19103
Telephone: (215) 735-8600
Facsimile: (215) 940-8000

*Attorneys for Plaintiffs*

STIPULATED MOTION TO STAY CASE DEADLINES - 3
Case No. 2:23-cv-00446-JCC

**II.     ORDER**

IT IS SO ORDERED.

DATED this 27th day of March, 2024.

_____
THE HONORABLE JOHN C. COUGHENOUR

STIPULATED MOTION TO STAY CASE DEADLINES - 4
Case No. 2:23-cv-00446-JCC

Terrell Marshall Law Group PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com