THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

SHARON MORRIS and LARS F. BRAUER, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

MILLIMAN, INC., d/b/a INTELLISCRIPT,

Defendant.

Case No. 2:23-cv-00446-TL

[PROPOSED] ORDER ON JOINT MOTION TO CONTINUE STAY PENDING MEDIATION

NOTED FOR CONSIDERATION:
MARCH 17, 2026

Pursuant to the Court's Standing Order for all Civil Cases (effective 3/13/26) and LCR 10(g), the parties, by and through their respective undersigned counsel, submit the following Joint Status Report and respectfully request that the Court continue the stay that is in effect in this matter so the parties can mediate.

1.      This is a proposed class action. Plaintiffs Sharon Morris and Lars F. Brauer allege that Milliman, Inc. d/b/a IntelliScript (Milliman) violates the Fair Credit Reporting Act, 15 U.S.C. §§ 1681-1681x (FCRA) by (1) selling inaccurate consumer reports to insurance companies, and (2) responding to a consumer request for information with a document that did not identify any third party sources from which Milliman obtained the information on the report. Milliman denies Plaintiffs' claims.

2.      Plaintiffs filed this case on March 23, 2023. Dkt. No. 1. Although the Complaint covers a different time period, Plaintiffs' allegations are generally similar to the allegations in a

[PROPOSED] ORDER ON JOINT MOTION TO CONTINUE STAY PENDING MEDIATION - 1
Case No. 2:23-cv-00446-TL

TERRELL MARSHALL LAW GROUP PLLC
1700 Westlake Avenue North, Suite 300
Seattle, Washington 98109
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

related case, *Healy v. Milliman, Inc.*, Case No. 2:20-cv-01473-TL (W.D. Wash.). Milliman answered (Dkt. 19) and the Court entered an initial case schedule after the parties held an initial Rule 26(f) conference and submitted a discovery plan (Dkt. 20). The parties jointly moved for, and were granted, a stay pending resolution of several motions in *Healy*. That stay has not been lifted. No formal discovery or substantive briefing has been done.

3.      The same counsel represent the parties in this case, *Healy*, and a third related case, *Michalski v. Milliman, Inc.*, No. 2:26-cv-00615-TL (W.D. Wash.), which was filed in King County Superior Court on February 20, 2026 and removed to this Court.

4.      Plaintiffs in all three cases allege violations of the Fair Credit Reporting Act resulting from Milliman's sale of health care information about consumers to life insurance companies in connection with consumers' applications for life insurance. Milliman denies all allegations in the three cases. The parties are requesting the Court stay proceedings in all three cases so that they can be mediated together.

5.      The parties understand they "have an ongoing obligation to explore possible settlement options" (Standing Order at 7-8). The parties have conferred and agree that this is a good juncture to pursue mediation of all three cases. The parties are in the process of selecting a mediator and setting a date for mediation.

6.      The parties agree that, to promote judicial efficiency, save the Court's and the parties' time and resources, and facilitate a potential resolution through mediation, all existing deadlines in all three cases, including initial deadlines set in the *Michalski* matter (Dkt. 13), should be vacated, and all proceedings should be stayed pending mediation.

7.      The parties agree to file a joint status report with the Court in fourteen days that informs the Court of the selected mediator and the date of mediation.

8.      The parties will also file a joint status report within fourteen days after their scheduled mediation that informs the Court if they reached a proposed agreement.

//

//

[PROPOSED] ORDER ON JOINT MOTION TO
CONTINUE STAY PENDING MEDIATION - 2
Case No. 2:23-cv-00446-TL

RESPECTFULLY SUBMITTED AND DATED this 20th day of March, 2026.

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Jennifer Rust Murray
Jennifer Rust Murray, WSBA #36983
Email: jmurray@terrellmarshall.com
Beth E. Terrell, WSBA #26759
Email: bterrell@terrellmarshall.com
1700 Westlake Avenue North, Suite 300
Seattle, Washington 98109
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

James A. Francis, *Admitted Pro Hac Vice*
Email: jfrancis@consumerlawfirm.com
John Soumilas, *Admitted Pro Hac Vice*
Email: jsoumilas@consumerlawfirm.com
Lauren KW Brennan, *Admitted Pro Hac Vice*
Email: lbrennan@consumerlawfirm.com
Travis Martindale-Jarvis, *Admitted Pro Hac Vice*
Email: tmartindale@consumerlawfirm.com
FRANCIS MAILMAN SOUMILAS, P.C.
1600 Market Street, Suite 2510
Philadelphia, Pennsylvania 19103
Telephone: (215) 735-8600
Facsimile: (215) 940-8000

*Attorneys for Plaintiffs*

WILLIAMS, KASTNER & GIBBS PLLC

By: /s/ Jeffery M. Wells
Jeffery M. Wells, WSBA #45840
Email: jwells@williamskastner.com
Daniel Brown, WSBA #22028
Email: dbrown@williamskastner.com
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
Telephone: (206) 628-6600
Facsimile: (206) 628-6611

*Attorneys for Defendant*

## ~~[PROPOSED]~~ ORDER

IT IS SO ORDERED.

DATED this 20th day of March, 2026.

_____
THE HONORABLE TANA LIN

~~[PROPOSED]~~ ORDER ON JOINT MOTION TO
CONTINUE STAY PENDING MEDIATION - 3
Case No. 2:23-cv-00446-TL

**TERRELL MARSHALL LAW GROUP PLLC**
1700 Westlake Avenue North, Suite 300
Seattle, Washington 98109
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com