THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHARON MORRIS and LARS F. BRAUER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MILLIMAN, INC., d/b/a INTELLISCRIPT,<br><br>Defendant. | Case No. 2:23-cv-00446-TL<br><br>**STIPULATED MOTION OF DISMISSAL WITHOUT PREJUDICE AND ~~[PROPOSED]~~ ORDER**<br><br>**<u>NOTED FOR CONSIDERATION</u>:** OCTOBER 27, 2026 |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Sharon Morris and Lars F. Brauer, and Defendant Milliman, Inc. d/b/a Intelliscript ("Milliman"), by and through their undersigned counsel, hereby stipulate to dismissal of this case without prejudice and without an award of fees or costs to either party except as may be ordered in connection with the class settlement recently filed in the related case *Healy v. Milliman*, Case No. 2:20-cv-01473-TL, Dkt. 256-1 (W.D. Wash.). The plaintiff in the *Healy* matter filed an amended complaint joining Plaintiffs in this matter among others. *See id.* Dkt. 254. The plaintiffs in *Healy* have asked the Court to preliminarily approve the settlement. *See id.* Dkt. 255.

Therefore, the parties jointly request that the Court enter the attached Order of Dismissal Without Prejudice and with leave to file the case if, for whatever reason, the settlement is not approved.



TERRELL MARSHALL LAW GROUP PLLC
1700 Westlake Avenue North, Suite 300
Seattle, Washington 98109
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

RESPECTFULLY SUBMITTED AND DATED this 27th day of October, 2026.

TERRELL MARSHALL LAW GROUP PLLC

By: */s/ Jennifer Rust Murray*
Jennifer Rust Murray, WSBA #36983
Email: jmurray@terrellmarshall.com
Beth E. Terrell, WSBA #26759
Email: bterrell@terrellmarshall.com
1700 Westlake Avenue North, Suite 300
Seattle, Washington 98109
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

James A. Francis, *Admitted Pro Hac Vice*
Email: jfrancis@consumerlawfirm.com
John Soumilas, *Admitted Pro Hac Vice*
Email: jsoumilas@consumerlawfirm.com
Lauren KW Brennan, *Admitted Pro Hac Vice*
Email: lbrennan@consumerlawfirm.com
Travis Martindale-Jarvis, *Admitted Pro Hac Vice*
Email: tmartindale@consumerlawfirm.com
FRANCIS MAILMAN SOUMILAS, P.C.
1600 Market Street, Suite 2510
Philadelphia, Pennsylvania 19103
Telephone: (215) 735-8600
Facsimile: (215) 940-8000

*Attorneys for Plaintiffs*

WILLIAMS, KASTNER & GIBBS PLLC

By: */s/ Jeffery M. Wells*
Jeffery M. Wells, WSBA #45840
Email: jwells@williamskastner.com
Daniel Brown, WSBA #22028
Email: dbrown@williamskastner.com
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
Telephone: (206) 628-6600
Facsimile: (206) 628-6611

*Attorneys for Defendant*

**~~[PROPOSED]~~ ORDER**

Per the parties' stipulated motion, this matter is DISMISSED WITHOUT PREJUDICE and without an award of attorneys' fees or costs to either party. The Clerk shall CLOSE the case.

DATED this 27th day of October, 2026.

THE HONORABLE TANA LIN



TERRELL MARSHALL LAW GROUP PLLC
1700 Westlake Avenue North, Suite 300
Seattle, Washington 98109
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com